IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SHEILA BOSSIER** and  **BOSSIER & ASSOCIATES, PLLC,**  Plaintiffs,  v.  **FREESE & GOSS, PLLC; RICHARD A. FREESE; and TIM K. GOSS,**  Defendants. | § § § § § § § § § § § § Civil Action No. **3:17-CV-1454-L** |

# ORDER

Before the court is Defendants' Motion to Dismiss or Alternatively to Consolidate Case with Related Case (Doc. 39), filed June 30, 2017. On October 4, 2017, United States Magistrate Judge Renée Harris Toliver entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court grant Defendants' Motion to Dismiss, dismiss without prejudice Plaintiffs' claims to being asserted as compulsory counterclaims in Case No. 3:17-CV-360-L, and deny as moot Defendants' Alternative Motion to Consolidate Case with Related Case. No objections to the Report were filed.

After considering the motion, pleadings, file, the record, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Defendants' Motion to Dismiss (Doc. 39); **dismisses without prejudice** Plaintiffs' claims and will allow Plaintiffs to file the dismissed claims as compulsory counterclaims in Case No. 3:17-CV-360-L; and **denies as moot** Defendants' Alternative Motion to Consolidate Case with Related Case (Doc. 39). By separate order in the related action,

the court will set a deadline for Plaintiffs to amend their counterclaims. Further, the clerk of the court **shall** close this case, as no claims remain as a result of this order.

      **It is so ordered** this 29th day of January, 2018.

                                            Sam A. Lindsay
                                            United States District Judge